**Motion for Rehearing Granted, Memorandum Opinion filed October 23, 2014, Withdrawn, Appeal Reinstated, and Order filed January 22, 2015**

In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00363-CV
_____

### WILFRIDO MATA, Appellant

### V.

### HARRIS COUNTY, TEXAS, Appellee

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-44692**

## ORDER

On October 23, 2014, this court issued an opinion dismissing this appeal. On December 8, 2014, appellant filed a motion for rehearing. Appellee has filed a response. The motion is GRANTED.

This court's opinion filed October 23, 2014, is WITHDRAWN, and our judgment of that date is VACATED. The appeal is ordered REINSTATED.

Appellant's brief is due 30 days from the date of this order.


PER CURIAM